### Ebenezer G. Belknap vs. Edwin R. Ives and Thomas S. Cargill.

Notice of motion given for the first Tuesday of *August*, held bad, a new notice should have been given for the September term. The new rules having abolished the August term.

*H. Wilkes, defendant's attorney, for motion.*—The court refused to allow this motion to be taken by default, because the notice of motion was for the first Tuesday of August. A new notice should have been given for the September term.